UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KV PHARMACEUTICAL COMPANY, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 4:05CV270 CDP |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA. | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

**IT IS HEREBY ORDERED** that defendant's motion for discharge of supersedeas bond [#195] is granted, and the supersedeas bond posted by it in this case, No. 25-15-87, is discharged.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 1st day of February, 2007.